**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PEDRO MARTINEZ, Individually and as the
representative of a class of similarly situated persons,

                  Case No.   1:24-cv-8252-ARR-LB

              Plaintiff,

- against -

GATEWAYCDI, INC. and BRAND ADDITION, LLC,

              Defendants.
-------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pedro Martinez, by his attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against GatewayCDI, Inc. and Brand Addition, LLC.

Dated: Scarsdale, New York
       January 13, 2025

                                       SHAKED LAW GOUP, P.C.
                                       Attorneys for Plaintiff

                                       By: _____
                                       Dan Shaked, Esq.
                                       14 Harwood Court, Suite 415
/s/(ARR)                            Scarsdale, NY 10583
_____         Tel. (917) 373-9128
Allyne R. Ross / U.S.D.J.  1/14/25      e-mail: ShakedLawGroup@Gmail.com